*Elbert N. Oakes* for appellant.

*Morton Lexow* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* HENRY EVERSMAN, Appellant.

*Crimes — rape in first degree — judgment of conviction affirmed.*

*People* v. *Eversman*, 206 App. Div. 604, affirmed.

(Submitted June 2, 1924; decided July 5, 1924.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered March 2, 1923, which affirmed a judgment of
the Court of General Sessions of the Peace in the county
of New York, rendered upon a verdict convicting the
defendant of the crime of rape in the first degree.

*Charles W. Gould* for appellant.

*Joab H. Banton, District Attorney (Robert D. Petty*
of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

In the Matter of the Application of EDWIN P. KILROE,
Appellant, for a Peremptory Order of Mandamus
against CHARLES L. CRAIG, as Comptroller of the City
of New York, Respondent.

*New York city — officers — mandamus to compel consideration by
comptroller of claim for disbursements of public officer in defending
himself against charges of misconduct in office — properly denied.*

*Matter of Kilroe* v. *Craig*, 208 App. Div. 93, affirmed.

(Argued June 3, 1924; decided July 5, 1924.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
February 8, 1924, which reversed an order of Special
Term granting a motion for a peremptory order of

mandamus to compel the comptroller of the city of New York to consider the claim of the relator for expenses and disbursements incurred by him in successfully defending himself against charges of alleged misconduct in office as an assistant district attorney of the county of New York.

*Robert S. Johnstone, William M. K. Olcott* and *Neilson Olcott* for appellant.

*George P. Nicholson,* Corporation Counsel (*John F. O'Brien, John Lehman* and *Henry J. Shields* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

MOODY ENGINEERING COMPANY, Appellant, *v.* BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 1 OF THE TOWN OF PELHAM, Respondent.

*Contract — award of contract for public work — rescission of award before execution of formal contract — action to recover prospective profits — complaint properly dismissed.*

*Moody Engineering Co., Inc., v. Board of Education, U. F. S. Dist. No. 1, Pelham,* 205 App. Div. 522, affirmed.

(Argued June 3, 1924; decided July 5, 1924.)

APPEAL from a judgment, entered May 23, 1923, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. The action was by a bidder under an advertisement inviting proposals for the erection of a school building, to recover, as damages for breach of contract, prospective profits it claims it would have made if permitted to perform an alleged contract which the defendant denied having made with it. The complaint alleged that defendant, after published notice, received bids for the construction of a high school building at Pelham, N. Y.; that plaintiff was one of the bidders;